IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL F. BORDEN, SR.,

      Petitioner,                      No. CIV S-10-3183 CMF (TEMP) P

  vs.

PEOPLE OF THE STATE OF CALIFORNIA,

      Respondent.                   ORDER

_____/

       By order filed March 15, 2011, petitioner's habeas application was dismissed and thirty days' leave to file an amended application was granted. The thirty day period has now expired, and petitioner has not filed an amended habeas application or explained why not.

       Accordingly, IT IS HEREBY ORDERED that:

       1. This action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

/////

/////

/////

/////

1

2. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

DATED: April 27, 2011

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

kc
bord3183.fta